ACCEPTED
03-14-00326-CV
5446518
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 9:55:10 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 9:55:10 AM
JEFFREY D. KYLE
Clerk

May 28, 2015

*Via eFiling*

Jeffrey D. Kyle, Clerk
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas  78701

**RE:**   Civil Action Number: 03-14-00326-CV; *Board of Regents, Texas State University System and Texas State University – San Marcos v. Stephanie Paige Steinbach*; In the Court of Appeals for the Third District of Texas, Austin Division
Trial Court No. 10-0281

Dear Mr. Kyle:

Please be advised that I will be on Family and Medical Leave beginning June 1, 2015.  I would appreciate you not setting any hearings, depositions, discovery or other proceedings which require my attention during this time.  I will return to the office on September 1, 2015.

In addition, I thank you in advance for your understanding that any matters previously set will have to be re-scheduled until my return.

Should you need anything during this time, please contact Laura B. Fountain, Deputy Chief, Tort Litigation Division, P. O. Box 12548, (or 300 West 15th Street, 12th Floor), Austin, Texas 78711-2548.  Her email address is Laura.Fountain@texasattorneygeneral.gov. Her direct telephone number is 512-475-1655.

Thanks for your understanding and consideration during this time.

Sincerely,

NICHELLE A. COBB
Assistant Attorney General
State Bar No. 00786301
Tort Litigation Division
TEL: (512) 475-1251
FAX: (512) 457-4442
Nichelle.Cobb@texasattorneygeneral.gov

cc:   Mr. Mark Cusack, Attorney for Appellee     Via Facsimile: (512) 392-1519